# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clifton Ingram, | No. 23-CV-699 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Sgt. Booth, | |
| Defendant. | |

On November 2, 2023, United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") finding that the Court lacks subject matter jurisdiction over this case and recommending that the action be dismissed without prejudice. R&R (Doc. 16). Plaintiff Clifton Ingram had fourteen days from the date the R&R was issued to file objections to the R&R. Mr. Ingram did not object within that fourteen-day window, and he has not filed any objections since.

Although the Court reviews *de novo* any portion of an R&R to which specific objections are made, 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b), in the absence of objections, the Court reviews the R&R for clear error, *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's review of the R&R and the entire record of this proceeding, the Court finds no error in the R&R's analysis and accepts the recommendation that this matter be dismissed without prejudice for lack of jurisdiction.

2

Accordingly, IT IS HEREBY ORDERED THAT the Report and Recommendation (Doc. 16) is **ACCEPTED** and Plaintiff Clifton Ingram's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**Let Judgment Be Entered Accordingly.**

Date: May 15, 2024

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge